IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LARRY LASHAIDA WILBORN
Lashaida
Wilborn
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Criminal - MPD Homicide Bureau
Justice
Center
(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: LARRY L. Wilborn

         Defendants: Sgt B. Byrd, B. Adams, MPD, Homicide Bureau, ~~[struck through]~~

      2. Court (if federal court, name the district; if state court, name the county): Shelby County
      3. Docket Number: 18-04938
      4. Name of judge to whom case was assigned: Chris Craft
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending
      6. Approximate date of filing lawsuit: 7/16/19
      7. Approximate date of disposition: Still going

II. Place of Present Confinement: __201 Poplar__

    A. Is there a prisoner grievance procedure in the institution?

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes (✓)  No ( )

    C. If your answer is Yes:  Yes ( )  No (✓)

      1. What steps did you take? _____

      2. What was the result? _____

    D. If your answer is No, explain why not: __Because I had a Attorney that I Thought was gone work with (that's not helping me) Plus I'm constantly being locked down__

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff __Larry L. Wilborn #18107699__

    Address __957 Holmes Rd. Memphis TN. 38116__

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

    B. Defendant __B. Byrd Prosecutor__ is employed as at __201 Poplar__

    C. Additional Defendants: __B. Adams, MPD, Homicide Bureau__

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

__Amendment IV, V, VI, VII — I was pulled over 4/10/18 without telling me why were I pulled over, Placed under arrest which is Placed in handcuff and tooking down town. Placed into a Room for (2) two hours, Then took into another Room with a woman and a man (which were Detectives) The (2) Two detective showed me (2) Two Photo's of my homeboy and my other homeboy, And that one of my homeboys was killed. That was it, and did I know anything. I told him know No! So Sgt B. Byrd got mad curse me out and told the other detective to seen me Larry L. Wilborn #18107699 down town__

-2-

IV.

STATEMENT OF CLAIM —

And charge me LARRY L. Wilborn #18107699 with First degree Murder (without a Bond) with know bond set. Those were Sgt B. Byrd exact words, Detectives did not once give me a G.S.R Test (which is a Gun Shot Residue Text) "Plus", NO WARRANT WAS issue when I was pulled over or once told why was I pulled over and placed into handcuff, my girl car was tooking placed under investigation but was Released (2) Two or (3) Three weeks later, So once I made it to 201 Poplar I was told my name came up in a homicide and that was the reason I was arrested and brought to 201 Poplar NO investigation or GSR was giving to me, And I was tooking off the streets and away from my family wright after the fact. (which is a Poor investigation)

7/16/19

V.  Relief
    State briefly exactly what you want the court to do for you. Make no legal arguments.
    Cite no cases or statutes.

(Confirntation) mental stress, pain and suffering, depression. I would like to have a real lawyer to Repesent me Larry L. Wilborn #18107699 in this matter and settle this matter in court, because I am now suffering in pain also mental disturb behind this matter, stressing and also depress behind all this my meaning for Confirntation is to settle this in court. (It's wrong) I'm being falsely accused by (1) one person that is on drugs and in an out of Jail constantly...

VI. Jury Demand
    I would like to have my case tried by a jury. Yes ( ) No (✓)

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __19__ day of __July__, 20_19_.

*Larry*
*Lashuida*
*Wilborn*
(Signature of Plaintiff/Plaintiffs)